**Order entered December 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00647-CV

## JARELLE HIGHTOWER, Appellant

## V.

## CHELSEA PEARL, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-17-0186**

## ORDER

Before the Court is appellant's December 21, 2020 first motion for extension of time to file his corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 20, 2021. We caution appellant that further extension requests will be disfavored.

/s/     KEN MOLBERG
JUSTICE